United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN FURTADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 13-CV-04063-LHK<br><br>**ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION STATEMENT** |

On June 11, 2014, Defendant filed a statement consenting to proceed in this action before a United States Magistrate Judge. ECF No. 9. Plaintiff never filed a consent or declination statement. Accordingly, the Court hereby ORDERS Plaintiff to file a statement indicating whether or not she consents to proceed in this action before a United States Magistrate Judge by January 21, 2015.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04063-LHK
ORDER FOR PLAINTIFF TO FILE CONSENT/DECLINATION STATEMENT