UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KATHLEEN FURTADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 13-CV-04063-LHK<br><br>**ORDER OF REFERRAL** |
|---|---|

　　　Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, the Court directs the Clerk to randomly assign this case to a United States Magistrate Judge in San Jose.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: January 20, 2015

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 13-CV-04063-LHK
ORDER OF REFERRAL